No. 697.   BERLINSKY *v.* WOODS, HOUSING EXPEDITER, ET AL., *ante,* p. 949;

No. 699.   ROWLAND *v.* ARKANSAS, *ante,* p. 952;

No. 721.   NELSON ET AL. *v.* JOHNSON, SECRETARY OF DEFENSE, ET AL., *ante,* p. 957; and

No. 754. EMERY TRANSPORTATION Co. *v.* UNITED STATES ET AL., *ante,* p. 955. The petitions for rehearing in these cases are severally denied.